# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF AUBREY GILLARD, by its Administrator, Demario Gillard; DEMARIO GILLARD, Individually; A.G., a minor, by his Next Friend, Tylaiaha Redd; T.G., a minor, by his Next Friend, Tylaiaha Redd; and B.G., a minor, by her Next Friend, Tylaiaha Redd;<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.  4:20-cv-00123-CRW-SBJ<br><br>"Federal Question"/Non-Jury |

## UNCONTESTED MOTION TO SUBSTITUTE PARTY

1. This FTCA action was filed in this court by Plaintiffs on April 8, 2020, at which time the claims of A.G. were brought by his mother and Next Friend, Tylaiaha Redd. At the time his individual Federal Tort Claim was presented to the Department of Health and Human Services on September 20, 2019, A.G. was a minor.

2. On February 23, 2020, A.G., also known as Aubrey Gillard III, turned 18 years old and is competent to bring his own individual claims as the real party in interest for said claims.

3. Pursuant to Rule 25(c), Plaintiffs respectfully request that the court enter an order substituting Aubrey Gillard III for A.G, by his Next Friend, Tylaiaha Redd, as the real party in interest for all damages claims asserted on behalf of A.G. in the original Complaint.

4. Counsel for Defendant United States of America has stated there is no objection to the requested substitution of parties.

WHEREFORE, Plaintiffs move the court to enter an order substituting Aubrey Gillard III for A.G, by his Next Friend, Tylaiaha Redd, as the real party in interest for all damages claims asserted on behalf of A.G. in the original Complaint.

/s/ Brian P. Galligan
**Brian P. Galligan AT0002632**
GALLIGAN LAW P.C.
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa, 50309-2239
Telephone:	(515) 282-3333
Facsimile:	(515) 282-0318
Email:	bgalligan@galliganlaw.com

/s/ Brian O. Marty
**Brian O. Marty, AT0011622**
SHINDLER ANDERSON GOPLERUD & WEESE PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone:	(515) 223-4567
Facsimile:	(515) 223-8887
Email:	marty@sagwlaw.com

**ATTORNEYS FOR PLAINTIFFS**

Original to:
William Purdy (Bill.Purdy@usdoj.gov)
Kristin Olson (Kristin.Olson@usdoj.gov)

ATTORNEYS FOR DEFENDANT

| CERTIFICATE OF SERVICE |
|---|
| The undersigned hereby certifies that the foregoing was served on each of the parties herein by:<br>_____ mailing<br>__XX_ e-mail<br>_____ hand-delivering, or<br>_____ faxing<br>a copy thereof to the attorney of record for such party at the last known address on ____3/26____, 2021.<br>/s/ Hallie Giller |