IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF AUBREY GILLARD,<br>by its Administrator DeMario Gillard;<br>DEMARIO GILLARD, Individually;<br>AUBREY GILLARD III; T.G., a minor, by<br>his Next Friend, Tylaiaha Redd; and B.G., a<br>minor, by her Next Friend, Tylaiaha Redd,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil No. 4:20-cv-00123-CRW-SBJ<br><br><br><br><br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

COME NOW the Parties, by and through their undersigned counsel, and hereby jointly stipulate and agree to dismissal of the above-captioned action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/Brian P. Galligan*
Brian P. Galligan
Galligan Law P.C.
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa 50309-2239
Telephone: (515) 282-3333
Facsimile: (515) 282-0318
Email: bgalligan@galliganlaw.com

2

*/s/Brian O. Marty*
Brian O. Marty
Shindler, Anderson, Goplerud & Weese, P.C.
5015 Grand Ridge Drive, Suite I 00
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: marty@sagwlaw.com

ATTORNEYS FOR PLAINTIFFS

Richard D. Westphal
Acting United States Attorney

By: */s/William C. Purdy*
William C. Purdy
Assistant United States Attorney
110 E. Court Avenue, Suite 286
Des Moines, Iowa 50309
Telephone: (515) 473-9315
Facsimile: (515) 473-9282
Email: bill.purdy@usdoj.gov

ATTORNEY FOR DEFENDANT